# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| SARAH LEFLAR, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>*Defendant*. | Case No. 4:22-cv-00687-BRW |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff, by and through her respective undersigned counsel, and dismisses this action, including all claims asserted therein, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  October 19, 2023

Respectfully Submitted,

*/s/ David Slade*_____

David Slade (ABN 2013143)
slade@wh.law
Brandon Haubert (ABN 2013137)
brandon@wh.law
wh LAW
1 Riverfront Place, Suite 745
Tel: (501) 891-6000
Fax: (501) 222-3027

Jerry Kelly (ABN 84085)
jkelly@kellylawfirm.net
KELLY LAW FIRM, PA
118 N. Center
P. O. Box 500

Lonoke, AR 72086
Phone: 501-676-5770
Fax: 501.676.7807

*Attorneys for Plaintiff Sarah Leflar*